**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | David<br>First name<br><br>Eugene<br>Middle name<br><br>Johnson<br>Last name and Suffix (Sr., Jr., II, III) | Kathryn<br>First name<br><br>Linda<br>Middle name<br><br>Johnson<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | David E. Johnson<br>David Johnson<br>Dave Johnson | Kathryn L. Johnson<br>Kay Lynn Johnson<br>Kay Johnson |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9028 | xxx-xx-2934 |

Debtor 1  **David Eugene Johnson**

Debtor 2  **Kathryn Linda Johnson**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**FDBA  DEJ Enterprises, Inc.<br>FDBA  Car Biz Boys, LLC dba Freedom Auto Finders<br>DBA  White House Properites, LLC**<br>Business name(s)<br><br><br>EIN | ■ I have not used any business name or EINs.<br><br><br>Business name(s)<br><br><br>EIN |
| **5.  Where you live** | **1935 Granada Dr.<br>Twin Falls, ID 83301**<br>Number, Street, City, State & ZIP Code<br><br>**Twin Falls**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br><br>Number, Street, City, State & ZIP Code<br><br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.  Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **David Eugene Johnson** | |
|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | Case number *(if known)* |

---

**Part 2:** **Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |
| | District | When | Case number |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor | | Relationship to you |
|---|---|---|---|
| | District | When | Case number, if known |
| | Debtor | | Relationship to you |
| | District | When | Case number, if known |

---

**11.** **Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **David Eugene Johnson** | |
|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | Case number *(if known)* _____ |

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☐ **No.** Go to Part 4.

☑ **Yes.** Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**See Attachment**
_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ **No.** I am not filing under Chapter 11.

☐ **No.** I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.** I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.** I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ **No.**

☐ **Yes.**

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

---

Debtor 1    **David Eugene Johnson**

Debtor 2    **Kathryn Linda Johnson**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   **David Eugene Johnson**

Debtor 2   **Kathryn Linda Johnson**                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ David Eugene Johnson | /s/ Kathryn Linda Johnson |
|---|---|
| **David Eugene Johnson** | **Kathryn Linda Johnson** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   **May  7, 2020** | Executed on   **May  7, 2020** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1  **David Eugene Johnson**

Debtor 2  **Kathryn Linda Johnson**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Steven L. Taggart**                    Date    **May  7, 2020**

Signature of Attorney for Debtor                                MM / DD / YYYY

**Steven L. Taggart 8551**

Printed name

**Maynes Taggart PLLC**

Firm name

**PO Box 3005**
**Idaho Falls, ID 83403-3005**

Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**8551 ID**

Bar number & State

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number *(if known)* _____

---

**Fill in this information to identify your case:**

| Debtor 1 | **David Eugene Johnson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Kathryn Linda Johnson** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number
(if known)        _____

☐ Check if this is an
   amended filing

---

## FORM 101. VOLUNTARY PETITION ATTACHMENT

### Additional Sole Proprietorship(s)

**Car Biz Boyz, LLC**
Name of business, if any

**dba Freedom Auto Finders**
**PO Box 5931**
**Twin Falls, ID 83303-5931**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

■   None of the above

---

**DEJ Enterprises, Inc.**
Name of business, if any

**PO Box 5931**
**Twin Falls, ID 83303-5931**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

■   None of the above

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number *(if known)*

---

**White House Properties, LLC**

Name of business, if any

**365 Blue Lakes Blvd. N**
**Twin Falls, ID 83301**

Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

■  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David Eugene Johnson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kathryn Linda Johnson** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | Your assets<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................................. | $   222,554.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................................ | $   57,253.18 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................................. | $   279,807.18 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   123,729.62 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $   29,832.71 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $   561,769.53 |
| **Your total liabilities** | $   715,331.86 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................... | $   5,660.36 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $   5,594.81 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.   **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** | | |
|---|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | Case number *(if known)* | |

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 29,832.71 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 29,832.71 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David Eugene Johnson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kathryn Linda Johnson** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number | | | |

☐ Check if this is an
  amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

---

**1.1**

**1935 Granada Dr.**
Street address, if available, or other description

**Twin Falls          ID     83301-0000**
City                State    ZIP Code

**Twin Falls**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Twin Falls Monte Vista #2 Subd Lot 6 BLock 4 (10-10-17 NE)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$222,554.00** | **$222,554.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

■ Check if this is community property
  (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**

| |
|---|
| **$222,554.00** |

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**                                    Case number *(if known)*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | **Lexus** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **RX450H** | ☐ Debtor 1 only | |
| | Year: | **2012** | ☐ Debtor 2 only | |
| | Approximate mileage: | **144,439** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Location: 1935 Granada Dr., Twin Falls ID 83301 | | ☑ Check if this is community property (see instructions) | $11,500.00 / $11,500.00 |

| 3.2 | Make: | **Mercedes** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **C230** | ☐ Debtor 1 only | |
| | Year: | **2006** | ☐ Debtor 2 only | |
| | Approximate mileage: | **158,938** | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Location: 1935 Granada Dr., Twin Falls ID 83301 | | ☑ Check if this is community property (see instructions) | $2,500.00 / $2,500.00 |

| 3.3 | Make: | **KYMC** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **UTV** | ☐ Debtor 1 only | |
| | Year: | **2016** | ☐ Debtor 2 only | |
| | Approximate mileage: | **Unknown** | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Property and Title held by Rodney Herrett as security for a debt. | | ☑ Check if this is community property (see instructions) | $8,000.00 / $8,000.00 |

| 3.4 | Make: | **Harley Davidson** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | | ☐ Debtor 1 only | |
| | Year: | **2006** | ☐ Debtor 2 only | |
| | Approximate mileage: | **Unknown** | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Property and Title held by Rodney Herrett as security for a debt. | | ☑ Check if this is community property (see instructions) | $6,000.00 / $6,000.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here.........................................................=>**    $28,000.00

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?                Current value of the
                                                                                                 portion you own?
                                                                                                 Do not deduct secured

| Debtor 1 | **David Eugene Johnson** |
|----------|------------------------|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number *(if known)* _____

claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Description | Value |
|-------------|-------|
| **Kitchen Utensils**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $300.00 |
| **Push Lawn Mower**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $150.00 |
| **Miscellaneous Lawn and Garden Equipment**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $200.00 |
| **Snow Blower**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $125.00 |
| **Small Wood Chipper**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $200.00 |
| **6' Sofa**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $50.00 |
| **Sofa Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Leather Chair and Ottoman**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $40.00 |
| **2 Upholstered Highback Chairs @ $25.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $50.00 |
| **Round Wood Coffee Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Small Wodden Desk with Chair**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Storage Cabinet (Hutch)**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $100.00 |
| **Upholstered Chair with Ottoman**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $30.00 |
| **Round Glass Top Wicker End Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number *(if known)*

| | |
|---|---|
| **Wood and Iron End Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Floor Clock (inoperable)**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $45.00 |
| **3 Table Lamps @ 11.60 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $35.00 |
| **Rectangular Wood Table with 6 Chairs**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $150.00 |
| **China Hutch**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $150.00 |
| **Small Metal Bench**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $20.00 |
| **Sideboard Cupboard**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Wooden Chair**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Round Metal End Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **4 Metal Counter Stools @ $15.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $60.00 |
| **Gas Stove**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $150.00 |
| **Refrigerator/Freezer**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $150.00 |
| **Washer**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $75.00 |
| **Dryer**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $75.00 |
| **Plastic Cart**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $5.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** |
|----------|-------------------------|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number *(if known)*

| | |
|---|---|
| **Built-in Murphy Bed**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $100.00 |
| **Wooden Library Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $20.00 |
| **Wicker Cabinet**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Small Wood Dresser**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **3 Drawer Bedside Cabinet**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Wood & Wicker Side Chair**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Tiger River Hot Tub (15 Years Old)**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $250.00 |
| **Plastic Wicker Loveseat with Cushions**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $20.00 |
| **2 Plastic Wicker Chairs with Cushions @ $10.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $20.00 |
| **Metal Round Table with Glass Top**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **2 Folding Metal Chairs with Cushions**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Tabletop Patio Heater**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Plastic Storage Bench**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **BBQ Grill**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $35.00 |
| **2 Plastic Planters @ $7.50 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number *(if known)*

| | |
|---|---|
| **Patio Heater**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $35.00 |
| **4 Plastic Wicker Chairs @ $10.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $40.00 |
| **Plastic Wicker End Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Planter Box**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $5.00 |
| **Round End Table Vase**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $5.00 |
| **Wall Mounted Fountain**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Piano Bench**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $5.00 |
| **Loveseat**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Electric Fireplace**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $20.00 |
| **Small Round Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $5.00 |
| **Small Wooden Desk with Padded Wood Chair**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **2 Wood End Tables @ $5.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Child's Rocker**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Highchair**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Propane Heater**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number *(if known)*

| | |
|---|---:|
| **Upholstered Chair**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Painting**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Knick Knacks**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $50.00 |
| **Fauxwood Shelf/Cabinet**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $5.00 |
| **Air Compressor**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Battery Charger**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $50.00 |
| **Shark Vacuum Cleaner**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Oreck Floor Steamer**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Cal King Sleep Number Bed**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $125.00 |
| **2 Bedside Tables with Drawers @ 12.50 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **2 Five Drawer Dressers @ $12.50 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **2 Upholstered Side Chairs @ $10.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $20.00 |
| **Jewelry Box**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Wooden Cabinet with 2 Drawers and 2 Shelves**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $35.00 |
| **Queen Bed with Wood Headboard**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $50.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**                                    Case number *(if known)*

| | |
|---|---|
| **2 Wood Bedside Tables @ $12.50 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Small Loveseat**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $30.00 |
| **3 Drawer Oak Dresser**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $20.00 |
| **Wood Side Chair**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Wood Rocking Chair**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **3 Shelf Bakers Rack**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Antique Oak Buffet**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $50.00 |
| **Sewing Machine with Cabinet and Chair**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $45.00 |
| **Office Chair**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **2 Metal File Cabinets with Countertop Set on Them**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Wood Painting Easel**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Leather Recliner Loveseat**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $75.00 |
| **Leather Recliner**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **2 Book Shelves @ $5.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Entertainment Cabinet**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number *(if known)* _____

| | |
|---|---|
| **3 Wood Barstools @ $10.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $30.00 |
| **Set of 3 Leather Barstools**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Wood Wine Barrel with Glass Top**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Wood Wine Rack**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Set of Lamps**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Metal Trunk**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $20.00 |
| **Metal Side Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Countertop Ice Maker**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Half Round Wood Cabinet**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Wood Side Board Cupboard**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Antique Gas Stove**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $200.00 |
| **Miscellaneous Pavers and Bricks**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Wheel Barrow**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Yard Ornaments**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **2 Bird Baths @ $20.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $40.00 |

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number *(if known)*

| | |
|---|---|
| **Chiminey**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Small Chest Freezer**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $30.00 |
| **Table with 2 Chairs**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Little Red Wagon**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **6' Ladder**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **5' Ladder**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **3 Cabinets @ $15.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $45.00 |
| **Toolbox with Top Box with Miscellaneous Tools**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $150.00 |
| **Planter Box**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $5.00 |
| **Worn Antique Rug**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $30.00 |
| **Hedge Trimmer**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Weedeater**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $15.00 |
| **Polesaw**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $10.00 |
| **Power Polesaw**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |
| **Leaf Blower and Leaf Vacuum**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**                                    Case number *(if known)*

| | |
|---|---|
| **Table**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $10.00 |
| **Tablesaw**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $100.00 |
| **Chopsaw**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $75.00 |
| **Ryobi 18 Volt Power Tools: Nailer $20, Stapler $20, Saw $15,**<br>**Reciprocal Saw $15, 6 Batteries $50, Drill $15**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $135.00 |
| **Small Appliances**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $50.00 |
| **Paper Products and Supplies**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $50.00 |
| **Luggage**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $75.00 |
| **Holiday Decorations**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $50.00 |
| **Kids Chair**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $5.00 |
| **Small Round Partical Board Table**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $5.00 |
| **Glass Top Desk**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $25.00 |
| **Leather Swivel Desk Chair**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $25.00 |
| **2 Drawer Metal File Cabinet**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $10.00 |
| **Dell Computer with Monitor**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $50.00 |
| **HP Printer**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $25.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** | |
|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | Case number *(if known)* |

| | |
|---|---|
| **Paper Shredder**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $25.00 |
| **Cube Shelf with Canvas Baskets**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $15.00 |
| **Desk set with Barrister and File Cabinet**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $100.00 |
| **Green Upholstered Chair**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $10.00 |
| **Small Safe**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $10.00 |
| **Refrigerator in Basement**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $75.00 |
| **2 Metal Shelves in Garage**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $10.00 |
| **Gas Powered Pressure Washer (Not working)**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $5.00 |

7. **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
                 including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| **CD's**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $50.00 |
| **Samsung 23" TV**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $25.00 |
| **Insignia 42" TV**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $50.00 |
| **Sony Receiver with 2 Speakers**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $15.00 |
| **Sony Cassette/CD Player**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $5.00 |
| **Samsung 23" TV (#2)**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301** | $25.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** |
|----------|-------------------------|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number *(if known)* _____

| | |
|---|---|
| **LG 42" TV**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$50.00** |
| **Bose Radio with CD Player**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$10.00** |
| **DVD Player**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$5.00** |
| **LG 54" TV**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$150.00** |
| **HP Laptop**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$250.00** |
| **HP Printer**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$15.00** |
| **3 Cell Phones @$25.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$75.00** |
| **IPad w/ Case**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$10.00** |
| **3 Yamaha Receivers with Surround Sound**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$60.00** |
| **DVD Player**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$15.00** |
| **Headphones**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$5.00** |
| **Antenna Box**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$5.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **Books**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$10.00** |
| **Pictures and Knic Knacs**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Locatio | **$250.00** |

| Debtor 1 | **David Eugene Johnson** |
| Debtor 2 | **Kathryn Linda Johnson** |

Case number *(if known)* _____

| **Inherited Ring from Mother**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $500.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| **Camping Gear**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $100.00 |

| **Golf Equipment**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $200.00 |

| **Craft Supplies**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $100.00 |

| **Bicycle #1**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $50.00 |

| **Bicycle #2**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |

| **Bicycle #3**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $25.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| **S&W .38 Snub Nose Revolver**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $125.00 |

| **Kimber .45 Automatic**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $400.00 |

| **Ruger 357 Revolver**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $150.00 |

| **Browning 380 ACP**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | $200.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number *(if known)* _____

| | |
|---|---|
| **Debtor's Clothing**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$250.00** |

| | |
|---|---|
| **Joint Debtor's Clothing**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$250.00** |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **Debtor's Wedding Band**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$350.00** |

| | |
|---|---|
| **Joint Debtor's Wedding Ring**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$500.00** |

| | |
|---|---|
| **Watches**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$50.00** |

| | |
|---|---|
| **Miscellaneous Costume Jewelry**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$50.00** |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
■ Yes.  Give specific information.....

| | |
|---|---|
| **CPAP Machine**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$25.00** |

| | |
|---|---|
| **Older CPAP Machine**<br>Location: 1935 Granada Dr., Twin Falls ID 83301 | **$5.00** |

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...............................................................................

| |
|---|
| **$10,290.00** |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes...........................................................................................................

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number *(if known)* _____

**Cash Location:
1935 Granada
Dr., Twin Falls
ID 83301**                                                     $820.00

---

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ■ Yes.......................                                     Institution name:

| | Checking Acct. No. | | |
|---|---|---|---|
| 17.1. | **6424** | **Discover Checking Account** | $113.99 |

| | Checking Acct. No. | | |
|---|---|---|---|
| 17.2. | **0030** | **First Federal Savings Bank** | $63.38 |

| | Checking Acct. No. | | |
|---|---|---|---|
| 17.3. | **2274** | **First Federal Savings Bank** | $61.71 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................                          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **White House Properties, LLC** | **100** | % | $744.10 |
| **Car Biz Boys, LLC dba Freedom Auto Finders** | **0** | % | $0.00 |
| **DEJ Enterprises, Inc.** | **100** | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                                   Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **SIM IRA (1119)** | **Wells Fargo Advisors** | $3,824.00 |
| **IRA (3054)** | **Wells Fargo Advisors** | $9,436.00 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** | |
|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | |
| | | Case number *(if known)* |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else

☐ No
■ Yes.  Give specific information..

| **Stimulas check from government.** | **$2,400.00** |
|---|---|

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.
    Company name:            Beneficiary:            Surrender or refund
                                                     value:

| Debtor 1 | **David Eugene Johnson** | | |
|---|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | Case number *(if known)* | |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
☐ No
■ Yes. Give specific information..

| Earned but unpaid Income | $1,500.00 |
|---|---|

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................

| $18,963.18 |
|---|

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes. Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ...................................

| $0.00 |
|---|

| Debtor 1 | **David Eugene Johnson** | | |
|---|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | Case number *(if known)* | |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ....................................................................................... | | **$222,554.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $28,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $10,290.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $18,963.18 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $57,253.18 | Copy personal property total | $57,253.18 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $279,807.18 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Eugene Johnson** |
| | First Name                  Middle Name                      Last Name |
| Debtor 2 | **Kathryn Linda Johnson** |
| (Spouse if, filing) | First Name                  Middle Name                      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1935 Granada Dr. Twin Falls, ID 83301  Twin Falls County Twin Falls Monte Vista #2 Subd Lot 6 BLock 4 (10-10-17 NE)**<br>Line from *Schedule A/B*: **1.1** | $222,554.00 | ■ $175,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 55-1003 |
| **2012 Lexus RX450H 144,439 miles Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **3.1** | $11,500.00 | ■ $11,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| **2006 Mercedes C230 158,938 miles Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **3.2** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| **Kitchen Utensils Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Push Lawn Mower Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.2** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1 **David Eugene Johnson**
Debtor 2 **Kathryn Linda Johnson**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Miscellaneous Lawn and Garden Equipment**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.3** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Snow Blower**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.4** | $125.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Small Wood Chipper**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.5** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **6' Sofa**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.6** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sofa Table**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.7** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Leather Chair and Ottoman**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.8** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **2 Upholstered Highback Chairs @ $25.00 each**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.9** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Round Wood Coffee Table**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.10** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Small Wodden Desk with Chair**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.11** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Storage Cabinet (Hutch)**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.12** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Upholstered Chair with Ottoman**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.13** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**
_____    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Round Glass Top Wicker End Table**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.14** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Wood and Iron End Table**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.15** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Floor Clock (inoperable)**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.16** | $45.00 | ■ $45.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **3 Table Lamps @ 11.60 each**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.17** | $35.00 | ■ $35.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Rectangular Wood Table with 6**<br>**Chairs**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.18** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **China Hutch**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.19** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Small Metal Bench**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.20** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sideboard Cupboard**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.21** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Wooden Chair**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.22** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Round Metal End Table**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.23** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **4 Metal Counter Stools @ $15.00**<br>**each**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.24** | $60.00 | ■ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

| Debtor 1 | **David Eugene Johnson** | |
|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | |
| | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Gas Stove**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.25** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Refrigerator/Freezer**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.26** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Washer**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.27** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Dryer**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.28** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Plastic Cart**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.29** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Built-in Murphy Bed**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.30** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Wooden Library Table**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.31** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Wicker Cabinet**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.32** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Small Wood Dresser**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.33** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **3 Drawer Bedside Cabinet**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.34** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Wood & Wicker Side Chair**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.35** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Tiger River Hot Tub (15 Years Old)** **Location: 1935 Granada Dr., Twin Falls ID 83301** Line from *Schedule A/B*: **6.36** | $250.00 | ■ $250.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Plastic Wicker Loveseat with Cushions** **Location: 1935 Granada Dr., Twin Falls ID 83301** Line from *Schedule A/B*: **6.37** | $20.00 | ■ $20.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **2 Plastic Wicker Chairs with Cushions @ $10.00 each** **Location: 1935 Granada Dr., Twin Falls ID 83301** Line from *Schedule A/B*: **6.38** | $20.00 | ■ $20.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Metal Round Table with Glass Top** **Location: 1935 Granada Dr., Twin Falls ID 83301** Line from *Schedule A/B*: **6.39** | $25.00 | ■ $25.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **2 Folding Metal Chairs with Cushions** **Location: 1935 Granada Dr., Twin Falls ID 83301** Line from *Schedule A/B*: **6.40** | $15.00 | ■ $15.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Tabletop Patio Heater** **Location: 1935 Granada Dr., Twin Falls ID 83301** Line from *Schedule A/B*: **6.41** | $15.00 | ■ $15.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Plastic Storage Bench** **Location: 1935 Granada Dr., Twin Falls ID 83301** Line from *Schedule A/B*: **6.42** | $10.00 | ■ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **BBQ Grill** **Location: 1935 Granada Dr., Twin Falls ID 83301** Line from *Schedule A/B*: **6.43** | $35.00 | ■ $35.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **2 Plastic Planters @ $7.50 each** **Location: 1935 Granada Dr., Twin Falls ID 83301** Line from *Schedule A/B*: **6.44** | $15.00 | ■ $15.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Patio Heater** **Location: 1935 Granada Dr., Twin Falls ID 83301** Line from *Schedule A/B*: **6.45** | $35.00 | ■ $35.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **4 Plastic Wicker Chairs @ $10.00 each** **Location: 1935 Granada Dr., Twin Falls ID 83301** Line from *Schedule A/B*: **6.46** | $40.00 | ■ $40.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** | | |
|---|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |

| **Plastic Wicker End Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.47** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Planter Box**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.48** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Round End Table Vase**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.49** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Wall Mounted Fountain**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.50** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Piano Bench**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.51** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Loveseat**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.52** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Electric Fireplace**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.53** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Small Round Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.54** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Small Wooden Desk with Padded Wood Chair**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.55** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **2 Wood End Tables @ $5.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.56** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Child's Rocker**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.57** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Highchair**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.58** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Propane Heater**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.59** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Upholstered Chair**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.60** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Painting**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.61** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Knick Knacks**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.62** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Fauxwood Shelf/Cabinet**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.63** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Air Compressor**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.64** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Battery Charger**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.65** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Shark Vacuum Cleaner**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.66** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Oreck Floor Steamer**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.67** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Cal King Sleep Number Bed**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.68** | $125.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2 Bedside Tables with Drawers @ 12.50 each**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.69** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **2 Five Drawer Dressers @ $12.50 each**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.70** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **2 Upholstered Side Chairs @ $10.00 each**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.71** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Jewelry Box**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.72** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Wooden Cabinet with 2 Drawers and 2 Shelves**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.73** | $35.00 | ■ $35.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Queen Bed with Wood Headboard**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.74** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **2 Wood Bedside Tables @ $12.50 each**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.75** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Small Loveseat**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.76** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **3 Drawer Oak Dresser**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.77** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Wood Side Chair**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.78** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |

| Debtor 1 | **David Eugene Johnson** | | |
|---|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | | |
| | | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wood Rocking Chair**  **Location: 1935 Granada Dr., Twin Falls ID 83301**  **Location: 1935 Granada Dr., Twin Falls ID 83301**  Line from *Schedule A/B*: **6.79** | $15.00 | ■ $15.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **3 Shelf Bakers Rack**  **Location: 1935 Granada Dr., Twin Falls ID 83301**  Line from *Schedule A/B*: **6.80** | $10.00 | ■ $10.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Antique Oak Buffet**  **Location: 1935 Granada Dr., Twin Falls ID 83301**  Line from *Schedule A/B*: **6.81** | $50.00 | ■ $50.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sewing Machine with Cabinet and Chair**  **Location: 1935 Granada Dr., Twin Falls ID 83301**  Line from *Schedule A/B*: **6.82** | $45.00 | ■ $45.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Office Chair**  **Location: 1935 Granada Dr., Twin Falls ID 83301**  Line from *Schedule A/B*: **6.83** | $10.00 | ■ $10.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **2 Metal File Cabinets with Countertop Set on Them**  **Location: 1935 Granada Dr., Twin Falls ID 83301**  Line from *Schedule A/B*: **6.84** | $15.00 | ■ $15.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Wood Painting Easel**  **Location: 1935 Granada Dr., Twin Falls ID 83301**  Line from *Schedule A/B*: **6.85** | $25.00 | ■ $25.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Leather Recliner Loveseat**  **Location: 1935 Granada Dr., Twin Falls ID 83301**  Line from *Schedule A/B*: **6.86** | $75.00 | ■ $75.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Leather Recliner**  **Location: 1935 Granada Dr., Twin Falls ID 83301**  Line from *Schedule A/B*: **6.87** | $25.00 | ■ $25.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **2 Book Shelves @ $5.00 each**  **Location: 1935 Granada Dr., Twin Falls ID 83301**  Line from *Schedule A/B*: **6.88** | $10.00 | ■ $10.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Entertainment Cabinet**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.89** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **3 Wood Barstools @ $10.00 each**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.90** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Set of 3 Leather Barstools**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.91** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Wood Wine Barrel with Glass Top**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.92** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Wood Wine Rack**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.93** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Set of Lamps**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.94** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Metal Trunk**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.95** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Metal Side Table**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.96** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Countertop Ice Maker**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.97** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Half Round Wood Cabinet**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.98** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Wood Side Board Cupboard**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.99** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** | |
|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Antique Gas Stove**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.100** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Miscellaneous Pavers and Bricks**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.101** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Wheel Barrow**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.102** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Yard Ornaments**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.103** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **2 Bird Baths @ $20.00 each**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.104** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Chiminey**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.105** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Small Chest Freezer**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.106** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Table with 2 Chairs**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.107** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Little Red Wagon**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.108** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **6' Ladder**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.109** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **5' Ladder**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.110** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **3 Cabinets @ $15.00 each**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.111** | $45.00 | ■ $45.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Toolbox with Top Box with Miscellaneous Tools**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.112** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Planter Box**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.113** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Worn Antique Rug**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.114** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Hedge Trimmer**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.115** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Weedeater**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.116** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Polesaw**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.117** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Power Polesaw**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.118** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Leaf Blower and Leaf Vacuum**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.119** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Table**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.120** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Tablesaw**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **6.121** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Chopsaw**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.122** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Ryobi 18 Volt Power Tools: Nailer $20, Stapler $20, Saw $15, Reciprocal Saw $15, 6 Batteries $50, Drill $15**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.123** | $135.00 | ■ $135.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Small Appliances**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.124** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Paper Products and Supplies**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.125** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Luggage**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.126** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Holiday Decorations**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.127** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Kids Chair**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.128** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Small Round Partical Board Table**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.129** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Glass Top Desk**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.130** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Leather Swivel Desk Chair**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.131** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **2 Drawer Metal File Cabinet**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **6.132** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Dell Computer with Monitor**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.133** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **HP Printer**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.134** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Paper Shredder**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.135** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Cube Shelf with Canvas Baskets**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.136** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Desk set with Barrister and File**<br>**Cabinet**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.137** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Green Upholstered Chair**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.138** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Small Safe**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.139** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Refrigerator in Basement**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.140** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **2 Metal Shelves in Garage**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.141** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Gas Powered Pressure Washer (Not**<br>**working)**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **6.142** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **CD's**<br>**Location: 1935 Granada Dr., Twin**<br>**Falls ID 83301**<br>Line from *Schedule A/B*: **7.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Samsung 23" TV**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.2** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Insignia 42" TV**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.3** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Sony Receiver with 2 Speakers**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.4** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Sony Cassette/CD Player**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.5** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Samsung 23" TV (#2)**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.6** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **LG 42" TV**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.7** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Bose Radio with CD Player**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.8** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **DVD Player**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.9** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **LG 54" TV**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.10** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **HP Laptop**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.11** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **HP Printer**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.12** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3 Cell Phones @$25.00 each**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.13** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **IPad w/ Case**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.14** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **3 Yamaha Receivers with Surround Sound**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.15** | $60.00 | ■ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **DVD Player**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.16** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Headphones**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.17** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Antenna Box**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **7.18** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Books**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **8.1** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Pictures and Knic Knacs**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>**Locatio**<br>Line from *Schedule A/B*: **8.2** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Inherited Ring from Mother**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **8.3** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Camping Gear**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **9.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Golf Equipment**<br>**Location: 1935 Granada Dr., Twin Falls ID 83301**<br>Line from *Schedule A/B*: **9.2** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Craft Supplies**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **9.3** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Bicycle #1**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **9.4** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Bicycle #2**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **9.5** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Bicycle #3**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **9.6** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **S&W .38 Snub Nose Revolver**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **10.1** | $125.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |
| **Kimber .45 Automatic**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **10.2** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(8)** |
| **Ruger 357 Revolver**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **10.3** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |
| **Browning 380 ACP**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **10.4** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(8)** |
| **Debtor's Clothing**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **11.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Joint Debtor's Clothing**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **11.2** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Debtor's Wedding Band**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **12.1** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(2)** |

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Joint Debtor's Wedding Ring**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **12.2** | **$500.00** | ■       **$500.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(2)** |
| **Watches**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **12.3** | **$50.00** | ■       **$50.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Miscellaneous Costume Jewelry**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **12.4** | **$50.00** | ■       **$50.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **CPAP Machine**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **14.1** | **$25.00** | ■       **$25.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-603(2)** |
| **Older CPAP Machine**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **14.2** | **$5.00** | ■       **$5.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-603(2)** |
| **Cash**<br>Location: 1935 Granada Dr., Twin Falls ID 83301<br>Line from *Schedule A/B*: **16.1** | **$820.00** | ■       **$820.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |
| **SIM IRA (1119): Wells Fargo Advisors**<br>Line from *Schedule A/B*: **21.1** | **$3,824.00** | ■       **$3,824.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Idaho Code §§ 55-1011, 11-604A** |
| **IRA (3054): Wells Fargo Advisors**<br>Line from *Schedule A/B*: **21.2** | **$9,436.00** | ■       **$9,436.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Idaho Code §§ 55-1011, 11-604A** |
| **Stimulas check from government.**<br>Line from *Schedule A/B*: **30.1** | **$2,400.00** | ■       **$2,400.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Idaho Code §§ 11-603(4), 56-223** |
| **Earned but unpaid Income**<br>Line from *Schedule A/B*: **35.1** | **$1,500.00** | ■       **$1,125.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **Earned but unpaid Income**<br>Line from *Schedule A/B*: **35.1** | **$1,500.00** | ■       **$375.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(11)** |

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**                                      Case number (if known)

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐  No

    ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ■  No

        ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Eugene Johnson** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Kathryn Linda Johnson** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 **First Federal Savings Bank**<br><br>Creditor's Name | Describe the property that secures the claim:<br>**1935 Granada Dr. Twin Falls, ID 83301  Twin Falls County Twin Falls Monte Vista #2 Subd Lot 6 BLock 4 (10-10-17 NE)** | $115,293.44 | $222,554.00 | $0.00 |

**PO Box 249
Twin Falls, ID 83303-0249**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **First Mortgage**

| Date debt was incurred | _____ | Last 4 digits of account number | 0809 |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **David Eugene Johnson**

First Name    Middle Name    Last Name

Debtor 2    **Kathryn Linda Johnson**

First Name    Middle Name    Last Name

Case number (if known) _____

| 2.2 | **First Federal Savings Bank** | Describe the property that secures the claim: | $8,436.18 | $222,554.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**1935 Granada Dr. Twin Falls, ID 83301  Twin Falls County Twin Falls Monte Vista #2 Subd Lot 6 BLock 4 (10-10-17 NE)**

**PO Box 249
Twin Falls, ID 83303-0249**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Home Equity Line of Credit**

Date debt was incurred _____

Last 4 digits of account number   **7479**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $123,729.62 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $123,729.62 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1    **David Eugene Johnson**
First Name    Middle Name    Last Name

Debtor 2    **Kathryn Linda Johnson**
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Idaho State Tax Commission** | Last 4 digits of account number | $957.71 | $0.00 | $957.71 |

**Idaho State Tax Commission**
Priority Creditor's Name
**PO Box 36**
**Boise, ID 83722**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify    **Debt of Freedom Auto Finders**

| 2.2 | **Idaho State Tax Commission** | Last 4 digits of account number | $28,000.00 | $28,000.00 | $0.00 |
|---|---|---|---|---|---|

**Idaho State Tax Commission**
Priority Creditor's Name
**PO Box 36**
**Boise, ID 83722**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify    **Sales Tax**

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number (if known) _____

---

| 2.3 | **Idaho State Tax Commission** | Last 4 digits of account number _____ | **$875.00** | **$0.00** | **$875.00** |

Priority Creditor's Name
**PO Box 36**
**Boise, ID 83722**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Contingent
□ Debtor 2 only
□ Unliquidated
□ Debtor 1 and Debtor 2 only
□ Disputed
□ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
□ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government
■ No
□ Claims for death or personal injury while you were intoxicated
□ Yes
□ Other. Specify _____
                  **Withholding Tax**

---

| 2.4 | **Internal Revenue Service** | Last 4 digits of account number _____ | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only
□ Contingent
□ Debtor 2 only
□ Unliquidated
■ Debtor 1 and Debtor 2 only
□ Disputed
□ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
□ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government
□ No
□ Claims for death or personal injury while you were intoxicated
□ Yes
□ Other. Specify _____
                  **941/944 and 940**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

□ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                              **Total claim**

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number *(if known)* _____

---

| 4.1 | **Alice Bergsma** |
|---|---|

Nonpriority Creditor's Name
**c/o Kyle E. Bastian, Esq.**
**PO Box 5678**
**Twin Falls, ID 83303-5678**
Number Street City State Zip Code

Last 4 digits of account number    **1018**                     $55,000.00

**When was the debt incurred?**    **03/06/2020**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Action asserting Breach of Contract, Violation of Consumer Protection Act, Fraud and Veil Piercing. This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution.**

---

| 4.2 | **Almee Leigh Chojnacky** |
|---|---|

Nonpriority Creditor's Name
**471 N. 100 E.**
**Jerome, ID 83338**
Number Street City State Zip Code

Last 4 digits of account number    **None**                     $0.00

**When was the debt incurred?**    **2020**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution.**

---

| 4.3 | **American Express** |
|---|---|

Nonpriority Creditor's Name
**Box 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

Last 4 digits of account number    **5009**                     $8,987.39

**When was the debt incurred?**    **2020**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit Card**

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

| 4.4 | **American Express** | Last 4 digits of account number | **1002** | $20,112.61 |

Nonpriority Creditor's Name
**Box 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

| 4.5 | **AT&T Mobility** | Last 4 digits of account number | **5716** | $0.00 |

Nonpriority Creditor's Name
**PO Box 6463**
**Carol Stream, IL 60197-6463**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($408.64)**

---

| 4.6 | **Austin Brown** | Last 4 digits of account number | **0925** | $0.00 |

Nonpriority Creditor's Name
**c/o Timothy J. Stover, Esq.**
**PO Box 1428**
**Twin Falls, ID 83303-1428**
Number Street City State Zip Code

When was the debt incurred?    **03/03/2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($38,000)**

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

---

| 4.7 | **Bane J. Lish** | Last 4 digits of account number | **None** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1010 Boyd St.**
**Pocatello, ID 83202-3079**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution.**

---

| 4.8 | **Bank of America** | Last 4 digits of account number | **2309** | **$27,385.02** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 851001**
**Dallas, TX 75285-1001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.9 | **Bank of America** | Last 4 digits of account number | **9684** | **$6,927.69** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 851001**
**Dallas, TX 75285-1001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number (if known) _____

| 4.10 | **Blue Lakes Auto Repair** | Last 4 digits of account number | **0046** | $0.00 |

Nonpriority Creditor's Name

**490 Washington Street South**
**Twin Falls, ID 83301**

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution. ($248.17)**

| 4.11 | **Bo Joe Tate** | Last 4 digits of account number | **None** | $0.00 |

Nonpriority Creditor's Name

**159 Homestead Loop**
**Jerome, ID 83338**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution.**

| 4.12 | **Brian Wei-Yang Chou** | Last 4 digits of account number | **None** | $0.00 |

Nonpriority Creditor's Name

**10924 S. E. Lenore St.**
**Happy Valley, OR 97086**

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution.**

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number (if known)  _____

---

| 4.1 3 | | |
|---|---|---|

**Cade Nelson**
Nonpriority Creditor's Name
**451 N. Road**
**Jerome, ID 83338**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **None**                                    **$0.00**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an**
■ Other. Specify   **abundance of caution.**

---

| 4.1 4 | | |
|---|---|---|

**Capital One**
Nonpriority Creditor's Name
**PO Box 60599**
**City of Industry, CA 91716-0599**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0311**                                  **$25,483.45**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.1 5 | | |
|---|---|---|

**CARFAX, INC.**
Nonpriority Creditor's Name
**16630 Collection Center Dr.**
**Chicago, IL 60693**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4106**                                    **$0.00**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an**
■ Other. Specify   **abundance of caution. ($4,684.20)**

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**                                      Case number (if known) _____

| 4.1 6 | **CC Art Bergsma** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**643 Canyon Drive**
**Twin Falls, ID 83301**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

| 4.1 7 | **Central Insurance Companies** | **Last 4 digits of account number** 1241 | **$0.00** |

Nonpriority Creditor's Name
**PO Box 828**
**Van Wert, OH 45891-0828**
Number Street City State Zip Code

**When was the debt incurred?** 2019

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($3,467.39)**

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

| 4.1 8 | **Chad Doty** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Lance A. Loveland, Esq.**
**PO Box 910**
**Burley, ID 83318**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **None**                                $0.00

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($11,457)**

| 4.1 9 | **Charlie Ellis Ford** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2787 Paintbrush Dr.**
**Twin Falls, ID 83301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **None**                                $0.00

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

| 4.2 0 | **Chase** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 6294**
**Carol Stream, IL 60197**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **7763**                                $69,067.46

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

| 4.2 1 | **Chase** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 6294**
**Carol Stream, IL 60197**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **0564**                            **$791.53**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.2 2 | **Christian Daniel Schnidt** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**674 Quincy St.**
**Twin Falls, ID 83301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **None**                            **$0.00**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

---

| 4.2 3 | **Citi Cards** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 78045**
**Phoenix, AZ 85062-8045**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **4677**                            **$9,086.43**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number *(if known)* _____

---

| 4.2 4 | **City of Twin Falls Utilities** | Last 4 digits of account number | **5001** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2469**
**Twin Falls, ID 83303-2469**

When was the debt incurred?   **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($46.83)**

■ Other. Specify

---

| 4.2 5 | **Costco Citi Cards** | Last 4 digits of account number | **7783** | **$7,844.46** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 78019**
**Phoenix, AZ 85062-8019**

When was the debt incurred?   **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.2 6 | **Craig P. Dansie** | Last 4 digits of account number | **None** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**140 Robertson St.**
**Cody, WY 82414**

When was the debt incurred?   **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

■ Other. Specify

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

| 4.2 7 | **Creg & Leta Hansen** | Last 4 digits of account number | 5339 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o John C. Peterson, Esq.**
**PO Box 5827**
**Twin Falls, ID 83303-5827**
Number Street City State Zip Code

When was the debt incurred?     **12/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Action against business of Debtor, Car Biz Boyz, LLC dba Freedom Auto Finders. Debtors dispute liaiblity. Listed out of an abundance of caution. ($23,000)**

| 4.2 8 | **Daniel Paul Thomason** | Last 4 digits of account number | None | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**33 Collins Xing,**
**Philipsburg, MT 59858**
Number Street City State Zip Code

When was the debt incurred?     **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number (if known) _____

| 4.29 | **Dealer Center** | Last 4 digits of account number | 1407 | $1,114.72 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4751 Whilshire Blvd.**
**Suite 115**
**Los Angeles, CA 90010**

Number Street City State Zip Code

**When was the debt incurred?**   2012

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

---

| 4.30 | **Dennis M. Herbold** | Last 4 digits of account number | None | $35,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Donald J. Chisholm**
**PO Box 1118**
**Burley, ID 83318**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Default on Promissory Note**

---

| 4.31 | **Devan Van Holland** | Last 4 digits of account number | None | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1222 14th Ave. E.**
**Jerome, ID 83338**

Number Street City State Zip Code

**When was the debt incurred?**   2020

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($3,500)**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

---

| 4.3 2 | **Discover It Card** | Last 4 digits of account number | 9931 | $8,262.11 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 29013**
**Phoenix, AZ 85038-9013**

When was the debt incurred?    **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.3 3 | **DL Evans Bank** | Last 4 digits of account number | None | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**980 S. Lincoln**
**Jerome, ID 83338**

When was the debt incurred?    **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

---

| 4.3 4 | **Eddie & Adrian Lekkerkerk** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Brian J. Hilverda, Esq.**
**PO Box 1233**
**Twin Falls, ID 83303-1233**

When was the debt incurred?    **2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($28,000)**

---

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**                                    Case number (if known) _____

---

| 4.3 5 | **First Federal Savings Bank** | **Last 4 digits of account number** | **Unknown** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 249**
**Twin Falls, ID 83303-0249**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

---

| 4.3 6 | **First Federal Visa** | **Last 4 digits of account number** | **2996** | **$4,048.85** |

Nonpriority Creditor's Name
**PO Box 249**
**Twin Falls, ID 83303-0249**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.3 7 | **Garrel Lee Jones** | **Last 4 digits of account number** | **None** | **$0.00** |

Nonpriority Creditor's Name
**655 Marion St.**
**Twin Falls, ID 83301**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($9,018.65)**

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

---

| 4.3 8 | | | |
|---|---|---|---|

**Gary's Windshields, Inc.**
Nonpriority Creditor's Name

**187 Cedar Park Cr.**
**Twin Falls, ID 83301**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   2419    $0.00

**When was the debt incurred?**   2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($565)**

---

| 4.3 9 | | | |
|---|---|---|---|

**Gem State Paper & Supply**
Nonpriority Creditor's Name

**PO Box 469**
**Twin Falls, ID 83303-0469**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   7254    $0.00

**When was the debt incurred?**   2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($267.14)**

---

| 4.4 0 | | | |
|---|---|---|---|

**Glen Trenton Hanson**
Nonpriority Creditor's Name

**161 Washington St.**
**Dietrich, ID 83324**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   None    $0.00

**When was the debt incurred?**   2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

---

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number (if known) _____

| 4.4 1 | **Harold Miller** | **Last 4 digits of account number** | **None** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3383 Anchor Lane**
**Twin Falls, ID 83301**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

| 4.4 2 | **Home Depot Credit Services** | **Last 4 digits of account number** | **4963** | **$4,629.87** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 78011**
**Phoenix, AZ 85062-8011**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

| 4.4 3 | **Idaho Central Credit Union** | **Last 4 digits of account number** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2469**
**Pocatello, ID 83206**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number (if known) _____

| 4.4 4 | **Idaho Department of Labor** | Last 4 digits of account number | **7680** | **$398.26** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**317 W. Main St.**
**Boise, ID 83735-0770**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Debt of Freedom Auto Finders**

| 4.4 5 | **Idaho Fire Extinguisher Comp** | Last 4 digits of account number | **None** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**743 2nd Ave. East**
**Twin Falls, ID 83301**
Number Street City State Zip Code

**When was the debt incurred?** **12/23/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($49.06)**

| 4.4 6 | **Idaho Springs Water Company** | Last 4 digits of account number | **2196** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**8095 E. Executive Ave. Ste A**
**Nampa, ID 83687**
Number Street City State Zip Code

**When was the debt incurred?** **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($125.40)**

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

---

| 4.4 7 | **Intermountain Gas** | Last 4 digits of account number | **0005** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 5600**
**Bismarck, ND 58506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution. ($120.42)**

---

| 4.4 8 | **ISU Credit Union** | Last 4 digits of account number | **None** | **$0.00** |

Nonpriority Creditor's Name
**275 S. 5th Ave., Ste. 201**
**Pocatello, ID 83201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution.**

---

| 4.4 9 | **James Albert Ostercamp** | Last 4 digits of account number | **None** | **$0.00** |

Nonpriority Creditor's Name
**255 Blue Lakes Blvd. N.**
**Twin Falls, ID 83301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution.**

---

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number (if known) _____

| 4.5 0 | | | |
|---|---|---|---|

**Jay Burke**
Nonpriority Creditor's Name

**2820 Sidewinder Drive**
**Park City, UT 84060**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**                    **$0.00**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($14,700)**

---

| 4.5 1 | | | |
|---|---|---|---|

**Jerrold Jay Visser**
Nonpriority Creditor's Name

**450 East 3950 North**
**Buhl, ID 83316**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**                    **$0.00**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

| 4.5 2 | **Jerry Wray** | Last 4 digits of account number | **None** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1197 E. 3900 N.**
**Buhl, ID 83316**
Number Street City State Zip Code

When was the debt incurred? **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($3,500)**

| 4.5 3 | **Laura Ann Detmer** | Last 4 digits of account number | **1384** | $27,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o John L. Gannon, Esq.**
**2309 Mountain View Dr. #174**
**Boise, ID 83706**
Number Street City State Zip Code

When was the debt incurred? **4/7/2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Breach of Contract, Violation of Consumer Protection Act, and Conversion.**

| 4.5 4 | **Les Schwab Tire Center** | Last 4 digits of account number | **7480** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**421 Blue Lakes Blvd. N.**
**Twin Falls, ID 83301**
Number Street City State Zip Code

When was the debt incurred? **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($37.00)**

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number (if known) _____

---

| 4.5 5 | **LifeMap Assurance Company** | | | Last 4 digits of account number | **4326** | | **$0.00** |

Nonpriority Creditor's Name
**PO Box 6840**
**Portland, OR 97228-6840**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution. ($252.11)**

---

| 4.5 6 | **LNB Auto Care LLC** | | | Last 4 digits of account number | **Unknown** | | **$0.00** |

Nonpriority Creditor's Name
**808 Cheney Dr.**
**Twin Falls, ID 83301**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution.**

---

| 4.5 7 | **LoanMe, Inc.** | | | Last 4 digits of account number | **5946** | | **$100,000.00** |

Nonpriority Creditor's Name
**1900 S. State College Blvd.**
**Suite 300**
**Anaheim, CA 92806**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **02/04/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Small Business Loan**

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (*if known*) _____

---

| 4.58 | **Mac Scott Brandon** | | $0.00 |

Nonpriority Creditor's Name

**707 Alturas Dr.**
**Twin Falls, ID 83301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($38,000)**

---

| 4.59 | **Macy's American Express** | | $1,238.02 |

Nonpriority Creditor's Name

**PO Box 9001108**
**Louisville, KY 40290-1108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **3632**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.60 | **Manheim Credit & Collection** | | $0.00 |

Nonpriority Creditor's Name

**6325 Peachtree Rd. 6th Floor**
**Atlanta, GA 30328**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **3556**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($103,095)**

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (*if known*) _____

| 4.6 1 | | | |
|---|---|---|---|

**Marky's Autobody II L.L.C.**
Nonpriority Creditor's Name
**1406 Kimberly Rd.**
**Twin Falls, ID 83301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **7893**                    **$0.00**

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.  ($832.60)**

☐ Other. Specify

---

| 4.6 2 | | | |
|---|---|---|---|

**Matthew Shutman**
Nonpriority Creditor's Name
**c/o Michael H. Felton, Jr.**
**212 2nd Ave. West Ste. 106**
**Twin Falls, ID 83301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **8809**                    **$0.00**

**When was the debt incurred?**  **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($9,250)**

☐ Other. Specify

---

| 4.6 3 | | | |
|---|---|---|---|

**Michale K. Taylor, MD**
Nonpriority Creditor's Name
**261 Canyon Crest Drive**
**Twin Falls, ID 83301-5359**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **9233**                    **$2,405.00**

**When was the debt incurred?**  **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical Services**

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number *(if known)* _____

---

| 4.6 4 | **Mountain America Credit Un.** | Last 4 digits of account number | **Unknown** | $0.00 |

Nonpriority Creditor's Name

**1061 Blue Lakes Blvd. N.**
**Twin Falls, ID 83301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($13,400)**
■ Other. Specify

---

| 4.6 5 | **NAPA Auto Parts** | Last 4 digits of account number | **2633** | $0.00 |

Nonpriority Creditor's Name

**PO Box 1425**
**Twin Falls, ID 83303-1425**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**When was the debt incurred?**  **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($326.08)**
■ Other. Specify

---

| 4.6 6 | **New Castle Motors** | Last 4 digits of account number | **None** | $0.00 |

Nonpriority Creditor's Name

**2880 W. Main St.**
**Newcastle, WY 82701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**
■ Other. Specify

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

| | | |
|---|---|---|
| **4.67** | **NextGear Capital, Inc.** | Last 4 digits of account number  **1236**   $0.00 |

**NextGear Capital, Inc.**
Nonpriority Creditor's Name
**1320 City Centere Dr.,**
**Suite 100**
**Carmel, IN 46032**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No

☐ Yes

Last 4 digits of account number  **1236**

When was the debt incurred?  **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($67,451.04)**

$0.00

---

| | | |
|---|---|---|
| **4.68** | **Nicholas Wright** | Last 4 digits of account number  **0862**   $0.00 |

**Nicholas Wright**
Nonpriority Creditor's Name
**c/o Richard J. Worst, Esq.**
**PO Box 1428**
**Twin Falls, ID 83303-1428**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No

☐ Yes

Last 4 digits of account number  **0862**

When was the debt incurred?  **4/7/2020**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($22,000)**

$0.00

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number (if known) _____

---

| 4.6 9 | | | |
|---|---|---|---|
| | **OK Auto Systems, Inc.** | Last 4 digits of account number | **0061** | **$0.00** |

Nonpriority Creditor's Name

**556 4th Ave. West**
**Twin Falls, ID 83301**

Number Street City State Zip Code

When was the debt incurred?    **2020**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($815.43)**

---

| 4.7 0 | | | |
|---|---|---|---|
| | **Pacific Powder Company** | Last 4 digits of account number | **1024** | **$10,100.00** |

Nonpriority Creditor's Name

**c/o Kyle E. Bastian, Esq.**
**PO Box 5678**
**Twin Falls, ID 83303-5678**

Number Street City State Zip Code

When was the debt incurred?    **3/9/2020**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Action asserting Breach of Contract, Violation of Consumer Protection Act, Fraud and Veil Piercing.  This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

---

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number (if known) _____

| 4.7 1 | **PacificSource Health Plans** | Last 4 digits of account number | **7176** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 7068**
**Springfield, OR 97475**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($8,064.00)**

| 4.7 2 | **Patricia Ann Adam** | Last 4 digits of account number | **None** | **$24,886.66** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**212 Morning Star Drive**
**Jerome, ID 83338**
Number Street City State Zip Code

When was the debt incurred?    **05/27/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

| 4.7 3 | **Pay Pal Credit** | Last 4 digits of account number | **Unknown** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2211 N. First St.**
**San Jose, CA 95131**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($30.00)**

| Debtor 1 | **David Eugene Johnson** |
|----------|-------------------------|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number (*if known*) _____

---

**4.74**

**Peter & Virginia Dias**
Nonpriority Creditor's Name

**23256 El Paso Rd.**
**Caldwell, ID 83607**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**                    $0.00

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($12,700)**

---

**4.75**

**Pioneer Federal Credit Union**
Nonpriority Creditor's Name

**Attn:  Payoff Dept.**
**1439 N. College Rd**
**Twin Falls, ID 83301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **Unknown**                    $0.00

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($9,018.65)**

---

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number *(if known)* _____

| 4.7 6 | **Quill.com** | Last 4 digits of account number | **7809** | $0.00 |

Nonpriority Creditor's Name
**PO Box 37600**
**Philadelphia, PA 19101**

When was the debt incurred?    **02/07/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($407.79)**

| 4.7 7 | **Richard L. Carr** | Last 4 digits of account number | **5196** | $0.00 |

Nonpriority Creditor's Name
**c/o David A. Coleman, Esq.**
**PO Box 525**
**Twin Falls, ID 83303-0525**

When was the debt incurred?    **12/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Action against business of Debtor, Car Biz Boyz, LLC dba Freedom Auto Finders. Debtors dispute liaiblity. Listed out of an abundance of caution.**

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

---

| 4.7 8 | **Rick Paoli** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1009 H. Street**
**Rupert, ID 83350**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                    $0.00

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

---

| 4.7 9 | **Rodney Herrett** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**R & J Pallets, LLC**
**4406 Rathbun Ln. Ste. H**
**Stevensville, MT 59870**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **7365**                 $26,000.00

**When was the debt incurred?**   **10/15/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Due on Sold Motorhome**

---

| 4.8 0 | **Ryan Keith Schutte** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2528 E. 4000 N.**
**Filer, ID 83328**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                    $0.00

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($7,200)**

---

Debtor 1    **David Eugene Johnson**
Debtor 2    **Kathryn Linda Johnson**

Case number (if known) _____

---

**4.8
1**

**Samantha Mauch**

Nonpriority Creditor's Name

**411 Altair Dr.**
**Twin Falls, ID 83301**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **None**                                    **$0.00**

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Action asserting Breach of Contract, Unjust Enrichment, Violation of Consumer Protection Act, Conversion.  This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**
■ Other. Specify  **($8,000)**

---

**4.8
2**

**SEI US Federal Credit Union**

Nonpriority Creditor's Name

**555 N. 5th Ave.**
**Pocatello, ID 83202-3079**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **None**                                    **$0.00**

When was the debt incurred?    **2019**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**
■ Other. Specify

---

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number (if known) _____

---

**4.8 3**

**Shell Howard**

Nonpriority Creditor's Name

**c/o Melissa J. Kippes, Esq.**
**320 2nd Ave. North**
**Twin Falls, ID 83301**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **None**                **$0.00**

When was the debt incurred?   **04/18/2019**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution. ($2,854.80)**

---

**4.8 4**

**Stephanie Guyon, Dep. AG**

Nonpriority Creditor's Name

**Office of the AG**
**PO Box 83720**
**Boise, ID 83720-0010**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **1690**              **$53,000.00**

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Assurance of Voluntary Compliance**

---

**4.8 5**

**Taide Hernandez**

Nonpriority Creditor's Name

**134 Ramage St.**
**Twin Falls, ID 83301**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **Unknown**            **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution. ($30,000)**

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number *(if known)* _____

| 4.8 6 | |
|---|---|

**Thomas Beau Church**
Nonpriority Creditor's Name
**801 14th Ave. W.**
**Gooding, ID 83330**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                    **$0.00**

When was the debt incurred?   **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.  ($15,200)**

| 4.8 7 | |
|---|---|

**Thomas Kirkdorffer**
Nonpriority Creditor's Name
**c/o Richard J. Worst, Esq.**
**PO Box 1428**
**Twin Falls, ID 83303-1428**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0910**                    **$33,000.00**

When was the debt incurred?   **03/06/2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Action asserting Breach of Contract, Unjust Enrichment, Violation of Consumer Protection Act, Conversion.  This is a debt of Car Biz Boyz dba Freedom Auto Finders. It is listed out of an abundance of caution.**

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

| 4.8 8 | **Thomas Michael Church** | **Last 4 digits of account number** | **None** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 601**
**Buhl, ID 83316**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

| 4.8 9 | **Times-News** | **Last 4 digits of account number** | **0233** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Lee Advertising**
**PO Box 4690**
**Carol Stream, IL 60197-4690**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($3,139.00)**

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number (if known) _____

| | | |
|---|---|---|
| **4.90** | **Trader Interactive, LLC** | **Last 4 digits of account number** **6468** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 842032**
**Dallas, TX 75284-2023**

**When was the debt incurred?**    **2020**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($379.00)**

| | | |
|---|---|---|
| **4.91** | **Travelers Casualty & Surety** | **Last 4 digits of account number** **90NR** | **$0.00** |

Nonpriority Creditor's Name
**770 Pennsylvania Dr.,**
**Suite 110**
**Exton, PA 19341**

**When was the debt incurred?**    **2020**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution.**

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number *(if known)* _____

---

| 4.9 2 | **Unishippers** | Last 4 digits of account number | **0087** | **$0.00** |

Nonpriority Creditor's Name

**PO Box 845671**
**Boston, MA 02284**

Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($24.98)**

---

| 4.9 3 | **VSP Vision Care** | Last 4 digits of account number | **8488** | **$0.00** |

Nonpriority Creditor's Name

**3333 Quality Dr.**
**Rancho Cordova, CA 95670**

Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($131.18)**

---

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number *(if known)* _____

---

| 4.9 4 | **Wells Fargo Dealer Services** | Last 4 digits of account number | **Unknown** | $0.00 |

Nonpriority Creditor's Name
**Attn: Payoff Dept.**
**1303 Addison Ave. E.**
**Twin Falls, ID 83301**
Number Street City State Zip Code

**When was the debt incurred?**   **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($43,000)**

---

| 4.9 5 | **Western Waste Services** | Last 4 digits of account number | **0991** | $0.00 |

Nonpriority Creditor's Name
**PO Box 714**
**Jerome, ID 83338**
Number Street City State Zip Code

**When was the debt incurred?**   **2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($225.20)**

---

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number (if known) _____

| 4.9 6 | | | |
|---|---|---|---|

**Westmark Credit Union**

Nonpriority Creditor's Name
**Attn:  Payoff Dept.**
**524 Pole Line Rd. W**
**Twin Falls, ID 83301**
Number Street City State Zip Code

Last 4 digits of account number   **Unknown**                          $0.00

When was the debt incurred?   **2019**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($27,934.56)**

| 4.9 7 | | | |
|---|---|---|---|

**WEX Bank Feet FlexCard**

Nonpriority Creditor's Name
**PO Box 6293**
**Carol Stream, IL 60197-6293**
Number Street City State Zip Code

Last 4 digits of account number   **0955**                          $0.00

When was the debt incurred?   **2020**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **This is a debt of Car Biz Boyz dba Freedom Auto Finders.  It is listed out of an abundance of caution. ($9,174.50)**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**CARFAX, Inc.**
**5860 Trinity Parkway**
**Suite 600**
**Centreville, VA 20120**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Daniel Burns, BARR Credit**
**5151 E. Broadway Blvd.**
**Suite 800**
**Tucson, AZ 85711**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Evan T. Roth, Esq.**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.86** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

Debtor 1  **David Eugene Johnson**
Debtor 2  **Kathryn Linda Johnson**

Case number (if known) _____

**236 River Vista Place,
Suite 301
Twin Falls, ID 83301**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Laura Ann Detmer<br>409 Creek Mesa<br>Twin Falls, ID 83301**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.53** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**LifeMap Assurance Company<br>PO Box 1271, M/S E8L<br>Portland, OR 97207**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.55** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**M. Anthony Sasser, Esq.<br>Sasser Law Office<br>110 S. 8th Ave.<br>Pocatello, ID 83201**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**M. Anthony Sasser, Esq.<br>Sasser Law Office<br>110 S. 8th Ave.<br>Pocatello, ID 83201**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**M. Anthony Sasser, Esq.<br>Sasser Law Office<br>110 S. 8th Ave.<br>Pocatello, ID 83201**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Pacific Powder Company<br>PO Box 266<br>Twin Falls, ID 83303-0266**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.70** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**PacificSource Health Plans<br>Attn:  Michelle Kelsch<br>PO Box 4210<br>Portland, OR 97208-4210**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.71** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Rod Herrett<br>3465 E. 3880 N.<br>Kimberly, ID 83341**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.79** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Trader Interactive, LLC<br>999 Waterside Dr. Ste. 1900<br>Norfolk, VA 23510**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.90** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

**Total Claim**

Debtor 1 **David Eugene Johnson**

Debtor 2 **Kathryn Linda Johnson**

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 29,832.71 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 29,832.71 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 561,769.53 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 561,769.53 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Eugene Johnson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Kathryn Linda Johnson** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 <br>Name <br><br>Number    Street <br><br>City         State    ZIP Code | |
| 2.2 <br>Name <br><br>Number    Street <br><br>City         State    ZIP Code | |
| 2.3 <br>Name <br><br>Number    Street <br><br>City         State    ZIP Code | |
| 2.4 <br>Name <br><br>Number    Street <br><br>City         State    ZIP Code | |
| 2.5 <br>Name <br><br>Number    Street <br><br>City         State    ZIP Code | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Eugene Johnson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Kathryn Linda Johnson** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                              12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?   **Idaho**   . Fill in the name and current address of that person.

    **Kathryn L. Johnson**
    **1935 Granada Dr.**
    **Twin Falls, ID 83301**
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Car Biz Boyz, LLC**<br>    **PO Box 5931**<br>    **Twin Falls, ID 83303**<br>    **dba Freedom Auto Finders** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Almee Leigh Chojnacky** |
| 3.2   **Car Biz Boyz, LLC**<br>    **PO Box 5931**<br>    **Twin Falls, ID 83303**<br>    **dba Freedom Auto Finders** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.87__<br>☐ Schedule G _____<br>**Thomas Kirkdorffer** |

| Debtor 1 | **David Eugene Johnson**<br>**Kathryn Linda Johnson** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3 **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303**<br>**dba Freedon Auto Finders** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.1**<br>☐ Schedule G _____<br>**Alice Bergsma** |
| 3.4 **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303**<br>**dba Freedom Auto Finders** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.70**<br>☐ Schedule G _____<br>**Pacific Powder Company** |
| 3.5 **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303**<br>**dba Freedom Auto Finders** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.68**<br>☐ Schedule G _____<br>**Nicholas Wright** |
| 3.6 **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303**<br>**dba Freedom Auto Finders** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.53**<br>☐ Schedule G _____<br>**Laura Ann Detmer** |
| 3.7 **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.5**<br>☐ Schedule G _____<br>**AT&T Mobility** |
| 3.8 **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.6**<br>☐ Schedule G _____<br>**Austin Brown** |
| 3.9 **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.7**<br>☐ Schedule G _____<br>**Bane J. Lish** |
| 3.10 **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.10**<br>☐ Schedule G _____<br>**Blue Lakes Auto Repair** |

Debtor 1    **David Eugene Johnson**
**Kathryn Linda Johnson**      Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11   **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.11**___<br>☐ Schedule G _____<br>**Bo Joe Tate** |
| 3.12   **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.12**___<br>☐ Schedule G _____<br>**Brian Wei-Yang Chou** |
| 3.13   **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.13**___<br>☐ Schedule G _____<br>**Cade Nelson** |
| 3.14   **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**CARFAX, INC.** |
| 3.15   **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**CC Art Bergsma** |
| 3.16   **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.17**___<br>☐ Schedule G _____<br>**Central Insurance Companies** |
| 3.17   **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.18**___<br>☐ Schedule G _____<br>**Chad Doty** |
| 3.18   **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.19**___<br>☐ Schedule G _____<br>**Charlie Ellis Ford** |

| Debtor 1 | **David Eugene Johnson**<br>**Kathryn Linda Johnson** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.19 | **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.22**___<br>☐ Schedule G _____<br>**Christian Daniel Schnidt** |
| 3.20 | **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.24**___<br>☐ Schedule G _____<br>**City of Twin Falls Utilities** |
| 3.21 | **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.26**___<br>☐ Schedule G _____<br>**Craig P. Dansie** |
| 3.22 | **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.27**___<br>☐ Schedule G _____<br>**Creg & Leta Hansen** |
| 3.23 | **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.28**___<br>☐ Schedule G _____<br>**Daniel Paul Thomason** |
| 3.24 | **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Dealer Center** |
| 3.25 | **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.31**___<br>☐ Schedule G _____<br>**Devan Van Holland** |
| 3.26 | **Car Biz Boyz, LLC**<br>**PO Box 5931**<br>**Twin Falls, ID 83303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.33**___<br>☐ Schedule G _____<br>**DL Evans Bank** |

| Debtor 1 | **David Eugene Johnson** **Kathryn Linda Johnson** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.27 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line ____4.34____ ☐ Schedule G _____ **Eddie & Adrian Lekkerkerk** |
| 3.28 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line ____4.37____ ☐ Schedule G _____ **Garrel Lee Jones** |
| 3.29 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line ____4.38____ ☐ Schedule G _____ **Gary's Windshields, Inc.** |
| 3.30 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line ____4.39____ ☐ Schedule G _____ **Gem State Paper & Supply** |
| 3.31 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line ____4.40____ ☐ Schedule G _____ **Glen Trenton Hanson** |
| 3.32 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line ____4.41____ ☐ Schedule G _____ **Harold Miller** |
| 3.33 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line ____4.43____ ☐ Schedule G _____ **Idaho Central Credit Union** |
| 3.34 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line ____4.45____ ☐ Schedule G _____ **Idaho Fire Extinguisher Comp** |

| Debtor 1 | **David Eugene Johnson** | Case number *(if known)* | |
|---|---|---|---|
| | **Kathryn Linda Johnson** | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.35 **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.46**_
☐ Schedule G _____
**Idaho Springs Water Company**

3.36 **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.47**_
☐ Schedule G _____
**Intermountain Gas**

3.37 **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.48**_
☐ Schedule G _____
**ISU Credit Union**

3.38 **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.49**_
☐ Schedule G _____
**James Albert Ostercamp**

3.39 **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.50**_
☐ Schedule G _____
**Jay Burke**

3.40 **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.51**_
☐ Schedule G _____
**Jerrold Jay Visser**

3.41 **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.52**_
☐ Schedule G _____
**Jerry Wray**

3.42 **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.54**_
☐ Schedule G _____
**Les Schwab Tire Center**

| Debtor 1 | **David Eugene Johnson**<br>**Kathryn Linda Johnson** | Case number *(if known)* |
|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.43** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.55**____
☐ Schedule G _____
**LifeMap Assurance Company**

**3.44** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.97**____
☐ Schedule G _____
**WEX Bank Feet FlexCard**

**3.45** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.95**____
☐ Schedule G _____
**Western Waste Services**

**3.46** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.96**____
☐ Schedule G _____
**Westmark Credit Union**

**3.47** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.94**____
☐ Schedule G _____
**Wells Fargo Dealer Services**

**3.48** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.93**____
☐ Schedule G _____
**VSP Vision Care**

**3.49** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.92**____
☐ Schedule G _____
**Unishippers**

**3.50** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.91**____
☐ Schedule G _____
**Travelers Casualty & Surety**

| Debtor 1 | **David Eugene Johnson**<br>**Kathryn Linda Johnson** | Case number *(if known)* | |
|---|---|---|---|

███ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.51** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.90**_
☐ Schedule G _____
**Trader Interactive, LLC**

**3.52** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.89**_
☐ Schedule G _____
**Times-News**

**3.53** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.88**_
☐ Schedule G _____
**Thomas Michael Church**

**3.54** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.86**_
☐ Schedule G _____
**Thomas Beau Church**

**3.55** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.85**_
☐ Schedule G _____
**Taide Hernandez**

**3.56** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.83**_
☐ Schedule G _____
**Shell Howard**

**3.57** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.82**_
☐ Schedule G _____
**SEI US Federal Credit Union**

**3.58** **Car Biz Boyz, LLC**
**PO Box 5931**
**Twin Falls, ID 83303**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.81**_
☐ Schedule G _____
**Samantha Mauch**

Debtor 1  **David Eugene Johnson**
**Kathryn Linda Johnson**

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.59 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.80__ ☐ Schedule G _____ **Ryan Keith Schutte** |
| 3.60 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.78__ ☐ Schedule G _____ **Rick Paoli** |
| 3.61 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.77__ ☐ Schedule G _____ **Richard L. Carr** |
| 3.62 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.76__ ☐ Schedule G _____ **Quill.com** |
| 3.63 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.75__ ☐ Schedule G _____ **Pioneer Federal Credit Union** |
| 3.64 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.74__ ☐ Schedule G _____ **Peter & Virginia Dias** |
| 3.65 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.73__ ☐ Schedule G _____ **Pay Pal Credit** |
| 3.66 **Car Biz Boyz, LLC** **PO Box 5931** **Twin Falls, ID 83303** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.72__ ☐ Schedule G _____ **Patricia Ann Adam** |

Debtor 1    **David Eugene Johnson**
        **Kathryn Linda Johnson**                                        Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.67  **Car Biz Boyz, LLC**<br>PO Box 5931<br>Twin Falls, ID 83303 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.71**___<br>☐ Schedule G _____<br>**PacificSource Health Plans** |
| 3.68  **Car Biz Boyz, LLC**<br>PO Box 5931<br>Twin Falls, ID 83303 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.69**___<br>☐ Schedule G _____<br>**OK Auto Systems, Inc.** |
| 3.69  **Car Biz Boyz, LLC**<br>PO Box 5931<br>Twin Falls, ID 83303 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.67**___<br>☐ Schedule G _____<br>**NextGear Capital, Inc.** |
| 3.70  **Car Biz Boyz, LLC**<br>PO Box 5931<br>Twin Falls, ID 83303 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.66**___<br>☐ Schedule G _____<br>**New Castle Motors** |
| 3.71  **Car Biz Boyz, LLC**<br>PO Box 5931<br>Twin Falls, ID 83303 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.56**___<br>☐ Schedule G _____<br>**LNB Auto Care LLC** |
| 3.72  **Car Biz Boyz, LLC**<br>PO Box 5931<br>Twin Falls, ID 83303 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.58**___<br>☐ Schedule G _____<br>**Mac Scott Brandon** |
| 3.73  **Car Biz Boyz, LLC**<br>PO Box 5931<br>Twin Falls, ID 83303 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.60**___<br>☐ Schedule G _____<br>**Manheim Credit & Collection** |
| 3.74  **Car Biz Boyz, LLC**<br>PO Box 5931<br>Twin Falls, ID 83303 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.61**___<br>☐ Schedule G _____<br>**Marky's Autobody II L.L.C.** |

Debtor 1 **David Eugene Johnson**
**Kathryn Linda Johnson**

Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.75 **Car Biz Boyz, LLC**<br>PO Box 5931<br>Twin Falls, ID 83303 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>**Matthew Shutman** |
| 3.76 **Car Biz Boyz, LLC**<br>PO Box 5931<br>Twin Falls, ID 83303 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>**Mountain America Credit Un.** |
| 3.77 **Car Biz Boyz, LLC**<br>PO Box 5931<br>Twin Falls, ID 83303 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>**NAPA Auto Parts** |
| 3.78 **DEJ Enterprises, Inc.**<br>PO Box 5931<br>Twin Falls, ID 83303-5931 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>**Patricia Ann Adam** |
| 3.79 **DEJ Enterprises, Inc.**<br>PO Box 5931<br>Twin Falls, ID 83303-5931 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>**Matthew Shutman** |

**Fill in this information to identify your case:**

Debtor 1      **David Eugene Johnson**

Debtor 2      **Kathryn Linda Johnson**
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter
13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                             12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**     **Describe Employment**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status**  ☐ Employed  ■ Not employed | ■ Employed  ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation**  Retired | Hospitality |
| | Occupation may include student or homemaker, if it applies. | **Employer's name** | Serenity Transitional Care |
| | | **Employer's address** | 1134 Cheney Dr. Twin Falls, ID 83301 |
| | | **How long employed there?** | 13 Months |

**Part 2:**     **Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 951.88 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 951.88 |

| | | |
|---|---|---|
| Debtor 1 | **David Eugene Johnson** | |
| Debtor 2 | **Kathryn Linda Johnson** | Case number (*if known*) _____ |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** ................................................................ | 4. | $ 0.00 | $ 951.88 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 70.52 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 70.52 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 881.36 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 1,524.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 2,130.00 | $ 1,125.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 3,654.00 | $ 1,125.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,654.00 + $ 2,006.36 | = $ 5,660.36 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J.*** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | 11. | +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 5,660.36 **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:  **Unemployment will terminate.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Eugene Johnson** |
| Debtor 2 (Spouse, if filing) | **Kathryn Linda Johnson** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,007.91 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 182.42 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 125.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 350.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 777.48 |

Debtor 1    **David Eugene Johnson**

Debtor 2    **Kathryn Linda Johnson**                                          Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 275.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 175.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 225.00 |
| | 6d. | Other. Specify: **Netflix and Amazon Prime** | 6d. | $ | 20.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 650.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 200.00 |
| 10. | **Personal care products and services** | | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | | 12. | $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 250.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 100.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 515.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 128.00 |
| | 15d. | Other insurance. Specify: **Umbrella Policy** | 15d. | $ | 14.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 5,594.81 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 5,594.81 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 5,660.36 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 5,594.81 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. | $ | 65.55 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Eugene Johnson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Kathryn Linda Johnson** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X **/s/ David Eugene Johnson** | X **/s/ Kathryn Linda Johnson** |
| **David Eugene Johnson** | **Kathryn Linda Johnson** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **May 7, 2020** | Date **May 7, 2020** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1     **David Eugene Johnson**
             First Name          Middle Name          Last Name

Debtor 2     **Kathryn Linda Johnson**
(Spouse if, filing)   First Name     Middle Name          Last Name

United States Bankruptcy Court for the:     DISTRICT OF IDAHO

Case number
(if known)     _____

☐ Check if this is an
  amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

     ■ Married
     ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

     ■ No
     ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

     ☐ No
     ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
     Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
     If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

     ☐ No
     ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $2,675.00 | ■ Wages, commissions, bonuses, tips | $5,441.16 |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **David Eugene Johnson** |
|---|---|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips | $37,800.00 | ■ Wages, commissions, bonuses, tips | $15,875.49 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips | $48,926.00 | ■ Wages, commissions, bonuses, tips | $16,356.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $55,882.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ■ Operating a business | | ☐ Operating a business | |

**5.  Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security** | $8,520.00 | **Social Security** | $4,500.00 |
| | **Unemployment** | $1,452.00 | **Alimony / Maintenance** | $0.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | | $0.00 | **Social Security** | $13,368.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | | $0.00 | **Social Security** | $14,592.00 |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | **David Eugene Johnson** | |
|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | |
| | | Case number *(if known)* _____ |

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Colleen Carson & Lamont Carson vs. Car Biz Boyz, LLC, dba Freedom Auto Finders; David E. Johnson and George Hilarides CV42-20-0631** | **Collections and Breach of Contract** | **Fifth Judicial District, Twin Falls 427 Shoshone St. N. Twin Falls, ID 83303** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Dismissed** |
| **Thomas Kirkdorffer vs. Car Biz Boyz, LLC dba Freedom Auto Finders; David E. Johnson; and George Hilarides CV42-20-0910** | **Collections and Breach of Contract** | **Fifth Judicial District, Twin Falls 427 Shoshone St. N. Twin Falls, ID 83303** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Alice Bergsma vs. Car Biz Boyz, LLC dba Freedom Auto Finders; David E. Johnson and George Hilrides CV42-20-1018** | **Collection Action and Breach of Contract** | **Fifth Judicial District, Twin Falls 427 Shoshone St. N. Twin Falls, ID 83303** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | **David Eugene Johnson** |
|----------|-------------------------|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Pacific Powder Company vs. Car Biz Boyz, LLC dba Freedom Auto Finders; David E. Johnson and George Hilarides**<br>CV42-20-1024 | **Collection Action, Fraud, Breach of Contract and Veil Piercing** | **Fifth Judicial District, Twin Falls**<br>427 Shoshone St. N.<br>Twin Falls, ID 83303 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Nicholas Wright vs. Car Biz Boyz, LLC dba Freedom Auto Finders; David E. Johnson and George Hilarides**<br>CV42-20-0862 | **Collection Action** | **Fifth Judicial District, Twin Falls**<br>427 Shoshone St. N.<br>Twin Falls, ID 83303 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Defaulted** |
| **Laura Ann Detmer vs. Car Biz Boyz, LLC DEJ Enterprises Inc. dba Freedom Auto Finders (sic) and David E. Johnson**<br>CV42-20-1384 | **Collection, Breach, Protection Act** | **Fifth Judicial District, Twin Falls**<br>427 Shoshone St. N.<br>Twin Falls, ID 83303 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **State of Idaho Vs. David E. Johnson**<br>CR42-20-2410 | **Vehicle Dealers-Lien Satisfaction Violation** | **Twin Falls County Magistrate Ct.**<br>427 Shoshone St. N.<br>Twin Falls, ID 83303 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Samantha V. Mauch vs. Car Biz Boyz dba Freedom Auto Finders, David Johnson and George Hilarides**<br>CV42-20-1575 | **Breach of Contract** | **Fifth Judicial District, Twin Falls**<br>427 Shoshone St. N.<br>Twin Falls, ID 83303 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **In the Matter of Idaho Attorney General Lawrence G. Wasden's Investigation of: Car Biz Boyz, LLC dba Freedom Auto Finders and David E. Johnson, Individually,**<br>CV42-20-1690 | **Assurance of Voluntary Compliance** | **Fifth Judicial District, Twin Falls**<br>427 Shoshone St. N.<br>Twin Falls, ID 83301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   ■ No
   ☐ Yes

| Debtor 1 | **David Eugene Johnson** |
|----------|-------------------------|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number *(if known)* _____

**Part 5:**    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

**Part 6:**    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 7:**    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Maynes Taggart PLLC<br>PO Box 3005<br>Idaho Falls, ID 83403** | | **04/22/20 - $1,717.00<br>04/24/20 - $3,283.00 - $335 for Filing Fee** | **$5,000.00** |
| **$0$ BK Class Inc.<br><br>bkclass.com** | | **April 21, 2020** | **$50.00** |

| Debtor 1 | **David Eugene Johnson** |
|----------|------------------------|
| Debtor 2 | **Kathryn Linda Johnson** |

Case number *(if known)* _____

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Grant E. Marshall**<br>**4383 N. 1200 E.**<br>**Buhl, ID 83316**<br><br>**None** | **2005 Honda XR650 Motorcycle $** | **$2,750.00** | **3/6/2020** |
| **Nickolas A. Chapman**<br>**366 Taylor St.**<br>**Twin Falls, ID 83301**<br><br>**None** | **2006 KTM 950 Motorcylce** | **$5,000.00** | **4/25/2020** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☐ No
    ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **PERSI** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **PERSI rolled over to IRA** | **03/2020** | **$0.00** |

Debtor 1   **David Eugene Johnson**
Debtor 2   **Kathryn Linda Johnson**

Case number *(if known)*

---

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Rod Herrett**<br>**3465 E. 3880 N.**<br>**Kimberly, ID 83341** | **Unknown** | **2016 KYMC UTV and 2006 Harley Davidson** | ☐ No<br>■ Yes |
| **White House Properties, LLC**<br>**365 Blue Lakes Blvd.**<br>**Twin Falls, ID 83301** | **David Eugene Johnson**<br>**1935 Granada Dr.**<br>**Twin Falls, ID 83301** | **Desk, Barrister and File Cabinet** | ☐ No<br>■ Yes |

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Car Biz Boyz, LLC**<br>**365 Blue Lakes Blvd.**<br>**Twin Falls, ID 83301** | **Debtors' Home**<br>**1935 Granada Dr.**<br>**Twin Falls, ID 83301** | **Filing Cabinets and Files for Car Biz Boys, LLC** | **$40.00** |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 7

| Debtor 1 | **David Eugene Johnson** | |
|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | Case number *(if known)* |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Address** (Number, Street, City, State and ZIP Code) | **Address** (Number, Street, City, State and ZIP Code) | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name **Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business  Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|
| **Car Biz Boyz, LLC dba Freedom Auto Finders PO Box 5931 Twin Falls, ID 83303-5931** | **Automobile Dealership**  **Ruth Pearce** | EIN: **27-1346474**  From-To **10/2009 - Current** |
| **DEJ Enterprises, Inc. PO Box 5931 Twin Falls, ID 83303-5931** | **Manager for Car Biz Boyz, LLC**  **Ruth Pearce** | EIN: **82-0511697**  From-To **04/1999 - Current** |
| **White House Properties, LLC 365 Blue Lakes Blvd. N Twin Falls, ID 83301** | **Real Estate**  **Ruth Pearce** | EIN: **47-3498400**  From-To **03/2015 - Current** |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

| Debtor 1 | **David Eugene Johnson** | | |
|---|---|---|---|
| Debtor 2 | **Kathryn Linda Johnson** | Case number *(if known)* | |

---

**Part 12:**  **Sign Below**

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| **/s/ David Eugene Johnson** | **/s/ Kathryn Linda Johnson** |
|---|---|
| **David Eugene Johnson** | **Kathryn Linda Johnson** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date    **May  7, 2020** | Date    **May  7, 2020** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Eugene Johnson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Kathryn Linda Johnson** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **First Federal Savings Bank**<br><br>Description of property securing debt: **1935 Granada Dr. Twin Falls, ID 83301  Twin Falls County Twin Falls Monte Vista #2 Subd Lot 6 BLock 4 (10-10-17 NE)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>**Continue making payments** | ☐ No<br><br>■ Yes |
| Creditor's name: **First Federal Savings Bank**<br><br>Description of property securing debt: **1935 Granada Dr. Twin Falls, ID 83301  Twin Falls County Twin Falls Monte Vista #2 Subd Lot 6 BLock 4 (10-10-17 NE)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Continue making payments** | ☐ No<br><br>■ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **David Eugene Johnson**

Debtor 2  **Kathryn Linda Johnson** _____   Case number *(if known)* _____

Lessor's name:

Description of leased

Property:                                                              ☐ No

                                                                        ☐ Yes

Lessor's name:

Description of leased

Property:                                                              ☐ No

                                                                        ☐ Yes

Lessor's name:

Description of leased

Property:                                                              ☐ No

                                                                        ☐ Yes

Lessor's name:

Description of leased

Property:                                                              ☐ No

                                                                        ☐ Yes

Lessor's name:

Description of leased

Property:                                                              ☐ No

                                                                        ☐ Yes

Lessor's name:

Description of leased

Property:                                                              ☐ No

                                                                        ☐ Yes

Lessor's name:

Description of leased

Property:                                                              ☐ No

                                                                        ☐ Yes

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ David Eugene Johnson** _____   X  **/s/ Kathryn Linda Johnson** _____

   **David Eugene Johnson**                                  **Kathryn Linda Johnson**

   Signature of Debtor 1                                       Signature of Debtor 2

   Date    **May  7, 2020** _____            Date    **May  7, 2020** _____

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 2

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $75   | administrative fee  |
|   | $275  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $75   | administrative fee  |
|   | $310  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that
you promptly file detailed information about your
creditors, assets, liabilities, income, expenses and
general financial condition. The court may dismiss your
bankruptcy case if you do not file this information within
the deadlines set by the Bankruptcy Code, the
Bankruptcy Rules, and the local rules of the court.

For more information about the documents and
their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_form
s.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets
or make a false oath or statement under penalty
of perjury—either orally or in writing—in
connection with a bankruptcy case, you may be
fined, imprisoned, or both.

All information you supply in connection with a
bankruptcy case is subject to examination by the
Attorney General acting through the Office of the
U.S. Trustee, the Office of the U.S. Attorney, and
other offices and employees of the U.S.
Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing
address you list on *Voluntary Petition for Individuals
Filing for Bankruptcy* (Official Form 101). To ensure
that you receive information about your case,
Bankruptcy Rule 4002 requires that you notify the court
of any changes in your address.

A married couple may file a bankruptcy case
together—called a *joint case.* If you file a joint case and
each spouse lists the same mailing address on the
bankruptcy petition, the bankruptcy court generally will
mail you and your spouse one copy of each notice,
unless you file a statement with the court asking that
each spouse receive separate copies.

**Understand which services you could receive from
credit counseling agencies**

The law generally requires that you receive a credit
counseling briefing from an approved credit counseling
agency. 11 U.S.C. § 109(h). If you are filing a joint
case, both spouses must receive the briefing. With
limited exceptions, you must receive it within the 180
days **before** you file your bankruptcy petition. This
briefing is usually conducted by telephone or on the
Internet.

In addition, after filing a bankruptcy case, you generally
must complete a financial management instructional
course before you can receive a discharge. If you are
filing a joint case, both spouses must complete the
course.

You can obtain the list of agencies approved to provide
both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html
.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/
BankruptcyResources/ApprovedCredit
AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of
the bankruptcy court may be able to help you obtain
the list.

## United States Bankruptcy Court
### District of Idaho

In re    **David Eugene Johnson**
       **Kathryn Linda Johnson**

Case No.

Debtor(s)

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **May  7, 2020**

     **/s/ David Eugene Johnson**
     **David Eugene Johnson**
     Signature of Debtor

Date:   **May  7, 2020**

     **/s/ Kathryn Linda Johnson**
     **Kathryn Linda Johnson**
     Signature of Debtor

Alice Bergsma
c/o Kyle E. Bastian, Esq.
PO Box 5678
Twin Falls, ID 83303-5678


Almee Leigh Chojnacky
471 N. 100 E.
Jerome, ID 83338


American Express
Box 0001
Los Angeles, CA 90096-8000


AT T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Austin Brown
c/o Timothy J. Stover, Esq.
PO Box 1428
Twin Falls, ID 83303-1428


Bane J. Lish
1010 Boyd St.
Pocatello, ID 83202-3079


Bank of America
PO Box 851001
Dallas, TX 75285-1001


Blue Lakes Auto Repair
490 Washington Street South
Twin Falls, ID 83301


Bo Joe Tate
159 Homestead Loop
Jerome, ID 83338

Brian Wei-Yang Chou
10924 S. E. Lenore St.
Happy Valley, OR 97086


Cade Nelson
451 N. Road
Jerome, ID 83338


Capital One
PO Box 60599
City of Industry, CA 91716-0599


Car Biz Boyz, LLC
PO Box 5931
Twin Falls, ID 83303


CARFAX, INC.
16630 Collection Center Dr.
Chicago, IL 60693


CARFAX, Inc.
5860 Trinity Parkway
Suite 600
Centreville, VA 20120


CC Art Bergsma
643 Canyon Drive
Twin Falls, ID 83301


Central Insurance Companies
PO Box 828
Van Wert, OH 45891-0828


Chad Doty
c/o Lance A. Loveland, Esq.
PO Box 910
Burley, ID 83318

Charlie Ellis Ford
2787 Paintbrush Dr.
Twin Falls, ID 83301


Chase
PO Box 6294
Carol Stream, IL 60197


Christian Daniel Schnidt
674 Quincy St.
Twin Falls, ID 83301


Citi Cards
PO Box 78045
Phoenix, AZ 85062-8045


City of Twin Falls Utilities
PO Box 2469
Twin Falls, ID 83303-2469


Costco Citi Cards
PO Box 78019
Phoenix, AZ 85062-8019


Craig P. Dansie
140 Robertson St.
Cody, WY 82414


Creg   Leta Hansen
c/o John C. Peterson, Esq.
PO Box 5827
Twin Falls, ID 83303-5827


Daniel Burns, BARR Credit
5151 E. Broadway Blvd.
Suite 800
Tucson, AZ 85711

Daniel Paul Thomason
33 Collins Xing,
Philipsburg, MT 59858


Dealer Center
4751 Whilshire Blvd.
Suite 115
Los Angeles, CA 90010


Dennis M. Herbold
c/o Donald J. Chisholm
PO Box 1118
Burley, ID 83318


Devan Van Holland
1222 14th Ave. E.
Jerome, ID 83338


Discover It Card
PO Box 29013
Phoenix, AZ 85038-9013


DL Evans Bank
980 S. Lincoln
Jerome, ID 83338


Eddie  Adrian Lekkerkerk
c/o Brian J. Hilverda, Esq.
PO Box 1233
Twin Falls, ID 83303-1233


Evan T. Roth, Esq.
236 River Vista Place,
Suite 301
Twin Falls, ID 83301


First Federal Savings Bank
PO Box 249
Twin Falls, ID 83303-0249

First Federal Visa
PO Box 249
Twin Falls, ID 83303-0249


Garrel Lee Jones
655 Marion St.
Twin Falls, ID 83301


Gary's Windshields, Inc.
187 Cedar Park Cr.
Twin Falls, ID 83301


Gem State Paper   Supply
PO Box 469
Twin Falls, ID 83303-0469


Glen Trenton Hanson
161 Washington St.
Dietrich, ID 83324


Harold Miller
3383 Anchor Lane
Twin Falls, ID 83301


Home Depot Credit Services
PO Box 78011
Phoenix, AZ 85062-8011


Idaho Central Credit Union
PO Box 2469
Pocatello, ID 83206


Idaho Department of Labor
317 W. Main St.
Boise, ID 83735-0770

Idaho Fire Extinguisher Comp
743 2nd Ave. East
Twin Falls, ID 83301


Idaho Springs Water Company
8095 E. Executive Ave. Ste A
Nampa, ID 83687


Idaho State Tax Commission
PO Box 36
Boise, ID 83722


Intermountain Gas
PO Box 5600
Bismarck, ND 58506


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


ISU Credit Union
275 S. 5th Ave., Ste. 201
Pocatello, ID 83201


James Albert Ostercamp
255 Blue Lakes Blvd. N.
Twin Falls, ID 83301


Jay Burke
2820 Sidewinder Drive
Park City, UT 84060


Jerrold Jay Visser
450 East 3950 North
Buhl, ID 83316

Jerry Wray
1197 E. 3900 N.
Buhl, ID 83316


Laura Ann Detmer
c/o John L. Gannon, Esq.
2309 Mountain View Dr. #174
Boise, ID 83706


Laura Ann Detmer
409 Creek Mesa
Twin Falls, ID 83301


Les Schwab Tire Center
421 Blue Lakes Blvd. N.
Twin Falls, ID 83301


LifeMap Assurance Company
PO Box 6840
Portland, OR 97228-6840


LifeMap Assurance Company
PO Box 1271, M/S E8L
Portland, OR 97207


LNB Auto Care LLC
808 Cheney Dr.
Twin Falls, ID 83301


LoanMe, Inc.
1900 S. State College Blvd.
Suite 300
Anaheim, CA 92806


M. Anthony Sasser, Esq.
Sasser Law Office
110 S. 8th Ave.
Pocatello, ID 83201

Mac Scott Brandon
707 Alturas Dr.
Twin Falls, ID 83301


Macy's American Express
PO Box 9001108
Louisville, KY 40290-1108


Manheim Credit   Collection
6325 Peachtree Rd. 6th Floor
Atlanta, GA 30328


Marky's Autobody II L.L.C.
1406 Kimberly Rd.
Twin Falls, ID 83301


Matthew Shutman
c/o Michael H. Felton, Jr.
212 2nd Ave. West Ste. 106
Twin Falls, ID 83301


Michale K. Taylor, MD
261 Canyon Crest Drive
Twin Falls, ID 83301-5359


Mountain America Credit Un.
1061 Blue Lakes Blvd. N.
Twin Falls, ID 83301


NAPA Auto Parts
PO Box 1425
Twin Falls, ID 83303-1425


New Castle Motors
2880 W. Main St.
Newcastle, WY 82701

NextGear Capital, Inc.
1320 City Centere Dr.,
Suite 100
Carmel, IN 46032


Nicholas Wright
c/o Richard J. Worst, Esq.
PO Box 1428
Twin Falls, ID 83303-1428


OK Auto Systems, Inc.
556 4th Ave. West
Twin Falls, ID 83301


Pacific Powder Company
c/o Kyle E. Bastian, Esq.
PO Box 5678
Twin Falls, ID 83303-5678


Pacific Powder Company
PO Box 266
Twin Falls, ID 83303-0266


PacificSource Health Plans
PO Box 7068
Springfield, OR 97475


PacificSource Health Plans
Attn: Michelle Kelsch
PO Box 4210
Portland, OR 97208-4210


Patricia Ann Adam
212 Morning Star Drive
Jerome, ID 83338


Pay Pal Credit
2211 N. First St.
San Jose, CA 95131

Peter   Virginia Dias
23256 El Paso Rd.
Caldwell, ID 83607


Pioneer Federal Credit Union
Attn: Payoff Dept.
1439 N. College Rd
Twin Falls, ID 83301


Quill.com
PO Box 37600
Philadelphia, PA 19101


Richard L. Carr
c/o David A. Coleman, Esq.
PO Box 525
Twin Falls, ID 83303-0525


Rick Paoli
1009 H. Street
Rupert, ID 83350


Rod Herrett
3465 E. 3880 N.
Kimberly, ID 83341


Rodney Herrett
R  J Pallets, LLC
4406 Rathbun Ln. Ste. H
Stevensville, MT 59870


Ryan Keith Schutte
2528 E. 4000 N.
Filer, ID 83328


Samantha Mauch
411 Altair Dr.
Twin Falls, ID 83301

SEI US Federal Credit Union
555 N. 5th Ave.
Pocatello, ID 83202-3079


Shell Howard
c/o Melissa J. Kippes, Esq.
320 2nd Ave. North
Twin Falls, ID 83301


Stephanie Guyon, Dep. AG
Office of the AG
PO Box 83720
Boise, ID 83720-0010


Taide Hernandez
134 Ramage St.
Twin Falls, ID 83301


Thomas Beau Church
801 14th Ave. W.
Gooding, ID 83330


Thomas Kirkdorffer
c/o Richard J. Worst, Esq.
PO Box 1428
Twin Falls, ID 83303-1428


Thomas Michael Church
PO Box 601
Buhl, ID 83316


Times-News
Lee Advertising
PO Box 4690
Carol Stream, IL 60197-4690


Trader Interactive, LLC
PO Box 842032
Dallas, TX 75284-2023

Trader Interactive, LLC
999 Waterside Dr. Ste. 1900
Norfolk, VA 23510


Travelers Casualty   Surety
770 Pennsylvania Dr.,
Suite 110
Exton, PA 19341


Unishippers
PO Box 845671
Boston, MA 02284


VSP Vision Care
3333 Quality Dr.
Rancho Cordova, CA 95670


Wells Fargo Dealer Services
Attn: Payoff Dept.
1303 Addison Ave. E.
Twin Falls, ID 83301


Western Waste Services
PO Box 714
Jerome, ID 83338


Westmark Credit Union
Attn: Payoff Dept.
524 Pole Line Rd. W
Twin Falls, ID 83301


WEX Bank Feet FlexCard
PO Box 6293
Carol Stream, IL 60197-6293