David W. Gadd (ISB #7605)
WORST, STOVER, GADD & SPIKER PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone: (208) 736-9900
Facsimile: (208) 736-9929
dwg@magicvalleylaw.com

*Attorneys for Safaris Unlimited, LLC*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re: | Case No. 19-40665-JMM |
|---|---|
| Michael Von Jones, | Chapter 13 |
| Debtor. | |

### REQUEST FOR COPIES OF FEDERAL TAX RETURNS

COMES NOW Safaris Unlimited, LLC, by and through its attorney of record, and, pursuant to 11 U.S.C. § 521, hereby requests the debtor provide it with a copy of debtor's 2018 federal tax return, a copy of debtor's federal tax return for each tax year ending while this case is pending, and a copy of each federal tax return of the debtor that was not filed as of the commencement of this case but was subsequently.

DATED this 7th day of August, 2019.

WORST, STOVER, GADD & SPIKER, PLLC

By: */s/David W. Gadd*
David W. Gadd
Attorneys for Safaris Unlimited, LLC

REQUEST FOR COPIES OF FEDERAL TAX RETURNS – 1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of August, 2019, the foregoing document was electronically filed with the Clerk of the Court through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| John O. Avery<br>*Attorney for Debtor* | joa@averylawoffice.net |
| Kathleen A. McCallister | kam@kam13trustee.com |
| US Trustee | Ustp.region18.bs.ecf@usdoj.gov |

                                                    */s/ David W. Gadd*
                                                    David W. Gadd